# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ELAINE SCOTT, | § |
| Plaintiff, | § Civil Case No. H-09-3039 |
| Vs. | § |
| SCRIBD, INC., | § JURY TRIAL DEMANDED |
| Defendant. | § |

## CERTIFICATE OF INTERESTED PERSONS
## BY PLAINTIFF ELAINE SCOTT

Pursuant to the Court's order, and per the requirements of Federal Rule of Civil Procedures 7.1, Plaintiff Elaine Scott identifies the following interest persons:

1. Elaine Scott
2. Camara & Sibley LLP
3. K.A.D. Camara
4. Joe Sibley
5. Timothy Nyberg

Respectfully submitted,

Camara & Sibley LLP


s/K.A.D. Camara

K.A.D. Camara
Federal Bar No. 870498
State Bar No. 24062646
2339 University Boulevard
Houston, Texas 77005
713-893-7973
713-447-2766 (fax)
camara@camarasibley.com

ATTORNEY FOR PLAINTIFF
ELAINE SCOTT


## CERTIFICATE OF SERVICE

I hereby certify that, on October 5, 2009, I served this document on Defendant Scribd, Inc as follows by certified mail, return receipt requested:

Scribd, Inc.
211 Sutter St., 2nd Floor
San Francisco, CA. 94108


s/K.A.D. Camara
K.A.D. Camara