UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELAINE SCOTT, | § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. 4:09-CV-03039 MH |
| SCRIBD, INC. | § § | |
| Defendant. | § § § § § | |

## ORDER GRANTING DEFENDANT SCRIBD, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION

It is hereby ORDERED that Defendant Scribd, Inc.'s Motion to Strike Class Allegations or, in the Alternative, to Deny Class Certification, is hereby GRANTED in its entirety.

Signed this ___ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED

By: _____
Barry G. Flynn
State Bar No. 07196560
Federal Bar No. 3618
Daniel Kistler
State Bar No. 11540300
Federal Bar No. 30
3D/International Tower
1900 West Loop South, Suite 1000

Page 1 of 2

Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

**ATTORNEYS FOR SCRIBD, INC.**

OF COUNSEL:

GORDON & REES, L.L.P.
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)