UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELAINE SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. 4:09-CV-03039 MH |
| | § | |
| SCRIBD, INC. | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Scribd, Inc., Defendant herein, and respectfully files this its
Certificate of Interested Persons.

Plaintiff:                    Elaine Scott

Plaintiff's Counsel:          K.A.D. Camara
                              Camara & Sibley LLP
                              2339 University Boulevard
                              Houston, Texas 77005

Defendant:                    Scribd, Inc., a Delaware corporation

Defendant's Counsel:          Barry G. Flynn
                              Daniel Kistler
                              Gordon & Rees, LLP
                              3D/International Tower
                              1900 West Loop South, Suite 1000
                              Houston, Texas  77027

Respectfully submitted,

By: _____
Barry G. Flynn
State Bar No. 07196560
Federal Bar No. 3618
Daniel D. Kistler
State Bar No. 11540300

Federal Bar No. 30
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

**ATTORNEYS FOR SCRIBD, INC.**

OF COUNSEL:

GORDON & REES, L.L.P.
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Persons has been forwarded to Plaintiff by serving it's counsel of record, as set forth below, in accordance with Fed. R. Civ. P. 5, by electronic mail and/or First Class U.S. Mail, postage prepaid, the original hereof has been duly filed electronically with the United States District Court For the Southern District of Texas, Houston Division Clerk's Office on the 6th day of November, 2009.

Barry G. Flynn