UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELAINE SCOTT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-09-3039 |
| § | |
| SCRIBD, INC, § | |
| § | |
| Defendant. § | |

## **NOTICE OF REFERRAL**

Plaintiff Elaine Scott's Motion To Strike Defendant SCRIBD's Affirmative Defenses(Doc. 9) is REFFERED to Magistrate Judge Frances Stacy for resolution.

David Bradley, Acting Clerk

/s/
_____
By Helen Tippen, Case Manager to
U. S. District Judge Melinda Harmon

Date:  December 3, 2009