IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELAINE SCOTT, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-3039 |
| | § | |
| SCRIBD, INC., | § | |
| Defendant, | § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:  MAY 1, 2010

   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:  JUNE 1, 2010

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:  JULY 1, 2010

4. **DISCOVERY** must be completed by:  JUNE 30, 2010

   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:  JULY 30, 2010

6. **NON-DISPOSITIVE MOTIONS** will be filed by:  JULY 30, 2010

7. **JOINT PRETRIAL ORDER** will be filed by:  OCTOBER 12, 2010

   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 1:30 P.M.  OCTOBER 22, 2010

9. **TRIAL** is set for the two weeks starting:  OCTOBER 25, 2010

Signed at Houston, Texas this 15th day of January, 2010.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE